**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:09-cv-1311-O** |
| | § | |
| **BERNARD DOLENZ, et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings and Recommendation of the United States Magistrate Judge (ECF No. 180), Defendant Dolenz Swiss Avenue House Trust's response and objections (ECF No. 181), Defendant Bernard Dolenz's objections (ECF No. 192), and Plaintiff United States of America's replies (ECF No. 183-84). Considering the pleadings and evidence in this case, the Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings and Recommendation of the United States Magistrate Judge are correct.

Accordingly, Defendants' objections are **OVERRULED**, and the Court **ACCEPTS** the Findings and Recommendation of the United States Magistrate Judge as the findings of the Court.

**SO ORDERED** on this **15th day** of **September, 2011.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**